IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1309-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Franklin Richardson; Rogers; and McBride, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1416-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Chad Binkley; Unknown Officers, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1417-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Randall Fowler, Jr; Lasley; Williams; | ) | |
| DeGeorgis; Wantonta Golden; Jeff Bilyeu; | ) | |
| R. Blackburn; Kenneth Myers; James | ) | |
| Jennings; Nathan Rice, | ) | |
| Defendants. | ) | |
| _____ | ) | |
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1418-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Aull; Beckett, Jr.; T. Esterline; and James | ) | |
| Parrish, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**Order**

This matter is before the court on Plaintiff's second motion for extension of time to file objections to the Report and Recommendation (ECF No. 114) recommending Plaintiff's motion for preliminary injunction be denied. ECF No. 132.[1] Plaintiff requests a fourteen to twenty-one day extension in which to file his objections.[2]

Plaintiff's motion for extension is granted, and he shall have until February 11, 2019 to file his objections to the Report.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
January 23, 2019

---

[1] Plaintiff filed a previous motion for extension on January 7, 2019. ECF No. 130. That motion is now moot.

[2] Plaintiff has also filed requests for extensions in his other cases. See Case No. 18-1416, ECF No. 69; Case No. 18-1417, ECF No. 112; and Case No. 18-1418, ECF No. 78. These motions are granted by this Order and deadlines to file objections extended to February 11, 2019, as well.