IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Robert Louis Garrett, Jr., <br><br> Plaintiff <br><br> v. <br><br> Aull; Beckett, Jr.; T. Esterline; James Parrish, <br><br> Defendants. | C/A. No. 0:18-1418-CMC-PJG <br><br><br> Order |

Plaintiff Robert Louis Garrett, Jr. ("Plaintiff") brought this *pro se* action alleging violations of his constitutional rights while incarcerated in the South Carolina Department of Corrections. This matter is before the court on Plaintiff's motion to alter or amend the district court's order denying his motion for preliminary injunction (ECF No. 106).[1] ECF No. 114. Defendants have not responded.

In his motion, Plaintiff objects to one sentence on page three of the order denying his motion for preliminary injunction, which states "Garrett initially filed one case with many Defendants, which was reviewed by the Magistrate Judge and determined to be, in actuality, four different actions complaining of different acts at different institutions." ECF No. 106 at 3 n.1. Plaintiff argues two of the four Civil Actions (No. 18-1416 and 18-1417) concern incidents taking place approximately 1.5 months apart at the same institution, and therefore should be consolidated as one Civil Action. ECF No. 114.

---

[1] Although Plaintiff's motion states "Motion to Alter or Amend Judgement/Order (Document 106 and 106-1," there was no judgment associated with the Order denying Plaintiff's motion for preliminary injunction, and no document 106-1 exists.

The instant case, No. 18-1418, concerns incidents occurring at Broad River Correctional Institution, but does not deal with incidents at Perry Correctional Institution. Further, the sentence in the footnote to which Defendant objects is accurate as written, even if Plaintiff disagrees with it. Accordingly, no changes will be made to the Order denying Plaintiff's motion for preliminary injunction in this case. Plaintiff's motion to alter or amend (ECF No. 114) is denied.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie  
CAMERON MCGOWAN CURRIE  
Senior United States District Judge

Columbia, South Carolina  
May 30, 2019