IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Robert Louis Garrett, Jr., <br><br> Plaintiff <br><br> v. <br><br> Aull; Beckett, Jr.; T. Esterline; James Parrish; Travis H. Napier; Dr. Koon; Dr. T. Ergen; Dr. Arrojas; Dr. Compton; Pamela Derrick; Gina Williamson; Dr. Bryne, <br><br> Defendants. | C/A. No. 0:18-1418-CMC-PJG <br><br><br> Order |

This matter is before the court on Plaintiff's motion for extension of time to file objections to the Report and Recommendation (ECF No. 326).[1] Plaintiff requests a 30 to 45-day extension in which to file his objections. This request is related to typewriter access and his difficulty handwriting pleadings.

Plaintiff's motion for extension is granted in part, and he shall have until March 12, 2021 to file his objections to the Report. Due to the other numerous extensions since filing of the Motion for Summary Judgment that is the subject of the pending Report, the court declines to grant a larger extension. Although Plaintiff has explained his hand injury makes writing painful, he has successfully filed numerous cases and myriad filings in each of his cases, handwriting each filing. As his facility is on lockdown, it may not be feasible to allow him typewriter access; however, the court will continue to pursue further information regarding the issues raised in the Motion for

---

[1] Plaintiff has also filed a motion for temporary restraining order (ECF No. 325) regarding the use of a typewriter despite the facility lockdown. The court has ordered Defendants to respond to that motion.

Temporary Restraining order. Further extensions for filing objections past the March 12, 2021 deadline will not be granted.

        **IT IS SO ORDERED.**

s/Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
Senior United States District Judge

Columbia, South Carolina
February 18, 2021